STEVEN J. EYRE, CB# 119714
3550 WILSHIRE BOULEVARD, SUITE 420
LOS ANGELES, CALIFORNIA  90010
(213) 814-4416
Fax (213) 985-2159
stevenjeyre@gmail.com

Attorney for plaintiffs



FILED
CLERK, U.S. DISTRICT COURT
June 20, 2016.
CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
312 South Spring Street, Los Angeles, California  90012

| | |
|---|---|
| AGUSTIN RAMIREZ, ANTHONY RAMIREZ, AGUSTIN RAMIREZ, JR., <br><br>Plaintiffs, <br><br>-vs.- <br><br>MARIO SOTELO, RICARDO TARAZON, ARTURO BELTRAN, JORGE GUZMAN, JUAN ANTONIO SOTELO, VICENTE MARTINEZ, DOES 1-10, <br><br>Defendants. <br><br>AND RELATED COUNTERCLAIM. | **No. CV 13-02155 SJO (MRWx)** <br><br>**PERMANENT INJUNCTION** |

Plaintiffs and counter-defendants AGUSTIN RAMIREZ, ANTHONY RAMIREZ, AGUSTIN RAMIREZ, JR., defendants MARIO SOTELO, RICARDO TARAZON, JORGE GUZMAN and JUAN ANTONIO SOTELO and defendant and counter-complainant MARIO SOTELO have stipulated to settlement and entry

of a permanent injunction in this action without adjudication of any issue of fact or law.

THEREFORE, based upon the stipulation of the parties, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

## **FINDINGS**

1. This Court has jurisdiction over the claims brought by plaintiffs under 28 U.S.C. §§ 1331 and 1138(a), and under 15 U.S.C. § 1125(a), 15 U.S.C. § 1125(a)(1)(B) and 15 U.S.C. § 1125(c), as well as over plaintiffs' supplemental state law claims, as provided under 28 U.S.C. § 1367.

2. Venue in the Central District of California, United States District Court ("this federal district"), is proper.

3. This court has jurisdiction over the parties named in the complaint, the counterclaim and this Stipulation.

4. The first amended complaint of plaintiffs herein states causes of action for which relief may be granted.

5. The parties have entered into a Stipulation for Entry of a Permanent Injunction (hereafter "Stipulation") freely and without coercion.

6. The parties, and each of them, have acknowledged that they have read the provisions of the Stipulation as well as this Permanent Injunction and will abide by them.

7. The parties to the Stipulation have waived all rights to appeal or otherwise challenge or contest the validity of this Permanent Injunction.

8. Each of the parties to the Stipulation has waived his costs and attorney's fees related to this entire action up until the date of entry of the Permanent Injunction herein, including without limitation the Stipulation, Dismissal and Stipulated Permanent Injunction.

9. As part of the Stipulation, the parties have agreed to a procedure to be

followed in case of a first, second and subsequent alleged violations of this Court's Permanent Injunction which will permit the parties to seek the guidance of the Court as to the issue of fair use, as set forth below in this order.

The Court, having been fully advised in the premises, therefore issues the following Permanent Injunction.

## **ORDER**

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and the parties named herein.

2. A Permanent Injunction is hereby entered in favor of plaintiffs AGUSTIN RAMIREZ, ANTHONY RAMIREZ, AGUSTIN RAMIREZ, JR. and against defendants MARIO SOTELO, RICARDO TARAZON, JORGE GUZMAN and JUAN ANTONIO SOTELO, as follows:

> Defendants, their officers, employees, agents, owners, partners and all persons in active concert and participation with any of them who receive notice of this Court's order, by personal service or otherwise, are permanently enjoined and restrained from using the name "Los Caminantes" or "Caminantes" or any similar form of the name, including without limitation "xCaminantes," "Caminantes Para Siempre" or any similar or derivative form of the name "Caminantes," in connection with the advertisement, marketing, promotion, or performance of live performances by any Defendant, except to the extent that nominative fair use applies. Thus, Defendants may state that they used to perform with Los Caminantes as a description of past musical performance experience.

3. This Court shall have continuing jurisdiction over the Stipulation and

the Permanent Injunction and over the parties to enforce the terms of the same and to hear motions and applications related to the enforcement of this injunction. With respect to motions or requests by any party to the accompanying stipulation for enforcement of the Permanent Injunction, the Court shall honor the stipulation of the parties, as follows:

    a.    With respect to an initial allegation by plaintiffs that a post-injunction violation(s) of the Permanent Injunction has occurred or is threatened to occur, plaintiffs may request a hearing or informal conference before the Court by way of motion or application for an informal conference.  Neither plaintiffs nor defendants shall seek any contempt order, monetary sanction or attorney's fees with respect to the first such hearing or conference requested, but rather limit their request to a declaration from the Court regarding whether a violation has occurred as guidance for the parties in the future.

    b.    With respect to a second allegation by plaintiffs that a post-permanent injunction violation has occurred, plaintiffs shall follow the procedure in the preceding subparagraph 3.a.

    c.    With respect any subsequent allegation by plaintiffs that a post-permanent injunction violation has occurred, plaintiffs may seek enforcement by way of appropriate motion or application.

4.    The parties shall be entitled to conduct post-permanent injunction discovery for the purpose of determining compliance and enforcing the terms of this Permanent Injunction.

5.    The parties waive costs and attorney's related to the litigation of this case up to, and including, the issuance of this Permanent Injunction.

IT IS SO ORDERED.

Dated: June 20, 2016

*/s/ S. James Otero*

HON. S. JAMES OTERO

1 United States District Judge

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28